# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5169
_____

DENNIS BOTELLO,

   Appellant,

   v.

AMERICAN AIRLINES and
SEDGWICK,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Edward Almeyda, Judge.

Date of Accident:  October 1, 2013.

June 4, 2019

PER CURIAM.

   AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.